RECEIVED
IN LAKE CHARLES, LA

AUG 15 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| KATHRYN PIERCE RICHARDSON INDIVIDUALLY AND ON BEHALF OF KEITH JAMES RICHARDSON | : | DOCKET NO. 05-0304 |
| VS. | : | JUDGE MINALDI |
| CITY OF WESTLAKE, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

In accordance with the court's July 5, 2005, Order, and plaintiff's failure to file any response thereto,

IT IS ORDERED that the above-captioned matter be, and it is hereby DISMISSED, without prejudice.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of August, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE